NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**THERASENSE, INC. (NOW KNOWN AS ABBOTT
DIABETES CARE, INC.)
AND ABBOTT LABORATORIES,**
*Plaintiffs-Appellants,*

**v.**

**BECTON, DICKINSON AND COMPANY,
AND NOVA BIOMEDICAL CORPORATION,**
*Defendants-Appellees,*

**and**

**BAYER HEALTHCARE LLC,**
*Defendant-Appellee.*

———————————

2008-1511, -1512, -1513, -1514, -1595

———————————

Appeals from the United States District Court for the
Northern District of California in consolidated case nos.
04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117,
Judge William H. Alsup.

- - - - - - - - - - - - - - - - - - - - - -

———————————

**TIVO INC.,**
*Plaintiff-Appellee,*

**v.**

**ECHOSTAR CORPORATION,
ECHOSTAR DBS CORPORATION,
ECHOSTAR TECHNOLOGIES CORPORATION,
ECHOSPHERE LIMITED LIABILITY COMPANY,
ECHOSTAR SATELLITE LLC,
AND DISH NETWORK CORPORATION,**
*Defendants-Appellants.*

---

2009-1374

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-01, Judge David Folsom.

---

**ON MOTION**

---

**O R D E R**

Oral arguments *en banc* for the above-noted appeals are scheduled for Tuesday, November 9, 2010, in courtroom 201. Appeal No. 2008-1511, Therasense, et al. v. Becton Dickinson and Company, et al., will be argued at 10 a.m. Appeal No. 2009-1374, Tivo, Inc. v. Echostar Corporation, et al., will be argued at 11 a.m. Counsel for each side for each appeal will be allowed 30 minutes to argue. Counsel for each party shall notify the clerk in writing by August 16, 2010, of the name of the attorney who will argue for that party.

FOR THE COURT

June 3, 2010                    /s/ Jan Horbaly
_____              _____
        Date                   Jan Horbaly
                               Clerk


cc:  Rohit Kumar Singla
     Rachel Krevans
     Bradford J. Badke
     Seth P. Waxman
     E. Joshua Rosenkranz
     All Amicus Curiae Counsel
     2008-1511, -1512, -1513,-1514,-1595
     2009-1374                      - 2 -